No. 99–6660.  BARRETT v. BROSS ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 99–6662.  TRUST v. JACKSON ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–6667.  ROGERS v. CHAPMAN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 99–6672.  AUGMAN v. LEBLANC, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–6677.  WILSON v. SAGER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6680.  CUOZZO v. WAYNICK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–6694.  HART v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–6698.  GUENTHER v. HOLT, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–6699.  HARVEY v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 99–6708.  O'NEILL v. COHN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION.  C. A. 7th Cir.  Certiorari denied.

No. 99–6709.  SHORT v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 99–6715.  MALIK, AKA PRINCE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–6716.  TRUN MINH LE v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 99–6717.  NORDIC v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 99–6724.  LEININGER v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.